IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80310-KAM

LARRY KLAYMAN,

    Plaintiff,

vs.

STEPHANIE A. DELUCA, SUZANNE
JAMBE, JAMES ROLLINSON, BAKER
HOSTETLER, HEWITT B. SHAW,

    Defendants.

_____/

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' SUZANNE JAMBE, JAMES ROLLINSON, HEWITT B. SHAW AND BAKER HOSTETLER LLP'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Plaintiff hereby opposes in part the Baker Defendants' request for a motion for a thirty day extension of time.

    First, by the Baker Defendants' own strained admissions, however disingenuous and calculated to prejudice this Court against plaintiff, they are thoroughly familiar with the allegations of the complaint, as a similar case had been filed in the U.S. District Court for the Northern District of California. The Judge in that case dismissed without prejudice finding that jurisdiction and venue were suitable in Florida where Plaintiff is a citizen. Accordingly, Plaintiff gratuitously agreed to a ten day extension of time for the Baker Defendants' to respond to the complaint in this case, as thirty days is yet another attempt to unduly delay adjudication of the claims.

Second, on the face of the Baker Defendants' motion, it is clear that they are more interested in prejudicing the Court by waging an ad hominem attack on Plaintiff. Plaintiff takes issue with what the Bake Defendants' set forth. Perhaps they are defensive because they made outrageous, unfounded, non-meritorious and frivolous allegations, which were not substantiated, that Plaintiff had sexually abused his own children in a family law case as well as illegally misappropriated, through deceit and fraud, Plaintiff's banking records, and other illegal acts. This in and of itself speaks to the unscrupulous lack of professional ethics and good faith of the Baker Defendants.

WHEREFORE, Plaintiff will only agree to a ten day extension of time and respectfully requests this Court to deny the Baker Defendants' request to unduly delay these proceedings.

Dated: March 25, 2015

                                                    Respectfully Submitted,

                                                   */s/ Larry Klayman*  
                                                   Larry Klayman, Esq.  
                                                   FL Bar No. 246220  
                                                   7050 W Palmetto Park Rd.  
                                                   Suite 15-287  
                                                   Boca Raton, FL 33433  
                                                   Tel: (310) 595-0800  
                                                   Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Robert W. Thielhelm, Jr.
BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802
Email: rthielhelm@bakerlaw.com

                                                            */s/ Larry Klayman*
                                                            Larry Klayman, Esq.